# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Scott Gerlach aka Brian S Gerlach & Lauren RB Gerlach, aka Lauren Rebecca Gerlach, fka Lauren R Slaugh<br><br>Debtor(s) | BK NO. 17-00086 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of CitiFinancial Servicing LLC and index same on the master mailing list.

      Respectfully submitted,

/s/James C. Warmbrodt, Esquire
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594