UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRIAN LEE GERLACH | : | CHAPTER 13 |
| LAUREN GERLACH | : | |
| Debtors | : | CASE NO. 17-00086 |
| | : | |

**WITHDRAWAL OF OBJECTION OF ONE MAIN FINANCIAL OF PENNSYLVANIA, INC., F/K/A SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC.**

One Main Financial Of Pennsylvania, Inc., f/k/a Springleaf Financial Services Of Pennsylvania, Inc., by its counsel, hereby withdraws the Objection to Plan filed on March 27, 2017.

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP**

Dated: June 16, 2017    By:    */s/ Peter E. Meltzer*
                                    PETER E. MELTZER, ESQUIRE