# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     BRIAN SCOTT GERLACH
            AKA: BRIAN S GERLACH
            LAUREN RB GERLACH
            AKA: LAUREN REBECCA GERLACH, FKA
            LAUREN R. SLAUGH
                Debtor(s)

            CHARLES J. DEHART, III                              CHAPTER 13
            CHAPTER 13 TRUSTEE
                Movant                                         CASE NO: 1-17-00086-RNO

            vs.

            BRIAN SCOTT GERLACH
            AKA: BRIAN S GERLACH    LAUREN RB
            GERLACH
            AKA: LAUREN REBECCA GERLACH, FKA
            LAUREN R. SLAUGH
                Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 25, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                                                  Respectfully submitted,

                                                                   s/    Charles J. DeHart, III
                                                                   Charles J. DeHart, III, Trustee
                                                                   8125 Adams Drive, Suite A
                                                                   Hummelstown, PA  17036
                                                                   Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

CHAPTER 13

Debtor(s)

CASE NO: 1-17-00086-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
October 20, 2017 at 9:00 am
Dismissal Conference Room (Courtroom 2)
Ronald Reagan Federal Bldg
3rd Floor, Third and Walnut Streets
Harrisburg, PA 17101

**HEARING:**
October 20, 2017 at 10:00 AM
Ronald Reagan Federal Bldg
Bankruptcy Courtroom
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid on or before **October 13, 2017** the following and have confirmed payment with Trustee DeHart's office.

    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1800.00**
    **AMOUNT DUE FOR THIS MONTH: $900.00**
    **TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $2700.00**

**NOTE:**
  **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

  **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
        CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

                                Charles J. DeHart, III, Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097

Dated:  September 25, 2017

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA
GERLACH, FKA LAUREN R.
SLAUGH

CHAPTER 13

Debtor(s)

CASE NO: 1-17-00086-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on September 25, 2017.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

BRIAN SCOTT GERLACH
LAUREN RB GERLACH
101 MCALLISTER STREET
HANOVER, PA 17331

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 25, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
  Movant

CASE NO: 1-17-00086-RNO

vs.

BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.