```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-00086-RNO
Brian Scott Gerlach                                                 Chapter 13
Lauren RB Gerlach
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini              Page 1 of 1         Date Rcvd: Oct 24, 2017
                             Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
       +Gene Latta Ford Inc,   Attn Payroll Dept,   PO Box 74,   1565 Carlisle Pike,
         Hanover, PA 17331-8816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Gary J Imblum   on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        Gary J Imblum   on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com,
         gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
        James Warmbrodt   on behalf of Creditor   CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
        Peter E Meltzer   on behalf of Creditor   One Main Financial of Pennsylvania, Inc.
         bankruptcy@wglaw.com, state@wglaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
BRIAN SCOTT GERLACH : CASE NO.: 1-17-00086-RNO  
aka BRIAN S. GERLACH  
LAUREN RB GERLACH : CHAPTER 13  
aka LAUREN REBECCA GERLACH  
fka LAUREN R. SLAUGH  
          Debtors

## ORDER

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from whom the Debtor, **Brian Scott Gerlach**, receives income:

ATTN PAYROLL DEPARTMENT  
GENE LATTA FORD, INC.  
PO BOX 74  
1565 CARLISLE PIKE  
HANOVER, PA 17331

(Please reference above case number on all payments)

deduct from said Debtor's income the sum of $900.00 from each monthly paycheck through December 2017 and $975.00 from each monthly paycheck from January 2018 through January 2022, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

CHARLES J DEHART III ESQUIRE  
CHAPTER 13 TRUSTEE  
POST OFFICE BOX 7005  
LANCASTER PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order **Fifty One (51) months** from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

IT IS FURTHER ORDERED that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so without the necessity of further Court Order.

By the Court,

_Robert N. Opel, II_  
Robert N. Opel, II, Chief Bankruptcy Judge  
(BI)

Dated: October 24, 2017

Case 1:17-bk-00086-RNO    Doc 44    Filed 10/26/17    Entered 10/27/17 00:47:32    Desc
Imaged Certificate of Notice    Page 2 of 2