```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00086-RNO
Brian Scott Gerlach                                                 Chapter 13
Lauren RB Gerlach
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: CGambini          Page 1 of 1          Date Rcvd: Nov 21, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4916257        E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2017 18:56:27      CitiFinancial Servicing LLC,
                c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
              Michele A De Witt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforptcy.com
              Peter E Meltzer    on behalf of Creditor    One Main Financial of Pennsylvania, Inc. bankruptcy@wglaw.com, state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-00086-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian Scott Gerlach
101 McAllister Street
Hanover PA 17331

Lauren RB Gerlach
101 McAllister Street
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/20/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: CitiFinancial Servicing LLC, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Wilmington Savings Fund Society, FSB
Carrington Mortgage Services, LLC

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/23/17

Terrence S. Miller
**CLERK OF THE COURT**