UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-00086-RNO

BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on April 19, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 19, 2018, the Debtor(s) is/are $5475.00 in arrears with a plan payment having last been made on Feb 01, 2018

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 19, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA
GERLACH, FKA LAUREN R.
SLAUGH

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA
GERLACH, FKA LAUREN R.
SLAUGH

    Respondent(s)

CHAPTER 13

CASE NO: 1-17-00086-RNO

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on April 19, 2018.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

BRIAN SCOTT GERLACH
LAUREN RB GERLACH
101 MCALLISTER STREET
HANOVER, PA 17331

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 19, 2018

Case 1:17-bk-00086-RNO    Doc 50    Filed 04/19/18    Entered 04/19/18 14:44:27    Desc
Main Document    Page 2 of 2