United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                        Case No. 17-00086-RNO
Brian Scott Gerlach                                          Chapter 13
Lauren RB Gerlach
        Debtors            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini          Page 1 of 2          Date Rcvd: Apr 19, 2018
                              Form ID: pdf010         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2018.
db/jdb        +Brian Scott Gerlach,   Lauren RB Gerlach,   101 McAllister Street,   Hanover, PA 17331-3212
4905908        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
4872521       +Citifinancial Inc,   c/o Alltran Financial LP,   PO Box 610,   Sauk Rapids, MN 56379-0610
4872522       +Citifinancial Servicing LLC,   6400 Las Colinas Blvd,   Irving, TX 75039-2900
4872523        Commenity Capital Bank/Dental 1st,   Bankruptcy Department,   PO Box 183043,
               Columbus, OH 43218-3043
4872524       +Commercial Acceptance,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
4872526       +David Ross Orthodontics,   135 E Elm Avenue,   Hanover, PA 17331-1813
4872529       +Fed Loan Sevicing,   Po Box 69184,   Harrisburg, PA 17106-9184
4872531       +Hanover Orthopedics Assocs,   207 Blooming Grove Road,   Hanover, PA 17331-7917
4872532       +Holly K Liska Tax Collector,   207 3rd Street,   Hanover, PA 17331-2326
4872533       +Judith Goslin,   2 Rebecca Lane,   Hanover, PA 17331-9759
4900531        One Main Financial Of Pennsylvania, Inc., f/k/a Sp,   PO BOX 3251,   Evansville, IN 47731-3251
4872518        PA Department of Revenue,   Bureau of Individual Taxes,   Dept 280431,
               Harrisburg, PA 17128-0431
4872537       +Phelan Hallinan Diamond & Jones, LL,   1617 John F. Kennedy Boulevard,   Suite 1400,
               Philadelphia, PA 19103-1814
4922162        U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
               Harrisburg, PA 17106-9184
4992731       +Wilmington Savings Fund Society,   c/o Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,
               P.O. Box 17933,   San Diego, CA 92177-7921
4993947       +Wilmington Savings Fund Society, FSB,   Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806-5948
4993948       +Wilmington Savings Fund Society, FSB,   Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806,   Wilmington Savings Fund Society, FSB,
               Carrington Mortgage Services, LLC 92806-5948
4872540       +York County Tax Claim Bureau,   28 EAst Market Street, Room 105,   York, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2018 19:11:12
               PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
4908042        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2018 19:11:00
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
4875447        E-mail/Text: bankruptcy@bbandt.com Apr 19 2018 19:10:23       BB&T,   PO Box 1847,
               Wilson, NC 27894-1847
4872519        E-mail/Text: bankruptcy@bbandt.com Apr 19 2018 19:10:23       BB&T,   Recovery Dept,
               PO Box 1489,   Lumberton, NC 28359
4872520       +E-mail/Text: banko@berkscredit.com Apr 19 2018 19:10:24       Berks Credit & Collections,
               Po Box 329,   Temple, PA 19560-0329
4916257        E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2018 19:10:24       CitiFinancial Servicing LLC,
               c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
4872525       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 19 2018 19:11:13       Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
4872527       +E-mail/Text: electronicbkydocs@nelnet.net Apr 19 2018 19:10:32       Dept Of Ed/582/nelnet,
               Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
4872528       +E-mail/Text: bankruptcy.bnc@ditech.com Apr 19 2018 19:10:24       DiTech Financial, LLC,
               ATTN: Bankrutpcy,   PO Box 6172,   Rapid City, SD 57709-6172
4872530       +E-mail/Text: julie.baugher@pinnaclehealth.org Apr 19 2018 19:10:20       Hanover Hospital,
               300 Highland Avenue,   Hanover, PA 17331-2203
4872517        E-mail/Text: cio.bncmail@irs.gov Apr 19 2018 19:10:22       Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
4872534       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 19 2018 19:10:21       Kohls/Capital One,
               Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
4914137        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2018 19:10:59
               LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4894553        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2018 19:11:14
               LVNV Funding, LLC its successors and assigns as,   assignee of CVI Loan GT Trust I,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4882516        E-mail/PDF: cbp@onemainfinancial.com Apr 19 2018 19:10:58       ONEMAIN FINANCIAL,
               P.O. BOX 3251,   EVANSVILLE, IN 47731-3251
4872535       +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2018 19:10:57       Onemain,   Po Box 1010,
               Evansville, IN 47706-1010
4872536       +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2018 19:11:26       Onemain Financial/Citifinancial,
               6801 Colwell Blvd,   Ntsb-2320,   Irving, TX 75039-3198
4971137        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2018 19:11:12
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4971138        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2018 19:10:57
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541,
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4894293          E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2018 19:10:28
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA  98083-0788
4875018          +E-mail/Text: electronicbkydocs@nelnet.net Apr 19 2018 19:10:32
                 U.S. Department of Education C/O Nelnet,   121 S 13TH ST, SUITE 201,   LINCOLN, NE 68508-1911
4872539          +E-mail/Text: kcm@yatb.com Apr 19 2018 19:10:20      York Adams Tax Bureau,
                 Post Office Box 15627,   York, PA 17405-0156
                                                                              TOTAL: 22


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4872538          Quantum Imaging & Therapeutic,   Address Removed as per entry  15
4893436*         ONEMAIN FINANCIAL,   P.O. BOX 3251,   EVANSVILLE, IN 47731-3251
                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Gary J Imblum   on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Gary J Imblum   on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          James Warmbrodt   on behalf of Creditor   CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
          James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Jerome B Blank   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A pamb@fedphe.com
          Michele A De Witt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com,  mdewitt@ecf.inforoptcy.com
          Peter E Meltzer   on behalf of Creditor   One Main Financial of Pennsylvania, Inc.
           bankruptcy@wglaw.com,  state@wglaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Brian Scott Gerlach**<br>**aka Brian S Gerlach**<br>**Lauren RB Gerlach**<br>**aka Lauren Rebecca Gerlach**<br>**fka Lauren R Slaugh** | **Chapter:** 13 |
| **Debtor(s)** | **Case No.:** **1:17-bk-00086-RNO** |
| **Charles J DeHart, III (Trustee)** | |
| vs. **Movant(s)** | |
| **Brian Scott Gerlach**<br>**aka Brian S Gerlach**<br>**Lauren RB Gerlach**<br>**aka Lauren Rebecca Gerlach**<br>**fka Lauren R Slaugh** | |
| **Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

April 19, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)