```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-00086-RNO
Brian Scott Gerlach                                                     Chapter 13
Lauren RB Gerlach
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2              Date Rcvd: Aug 16, 2018
                              Form ID: pdf010             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2018.
db/jdb         +Brian Scott Gerlach,    Lauren RB Gerlach,    101 McAllister Street,    Hanover, PA 17331-3212
4905908         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4872521        +Citifinancial Inc,    c/o Alltran Financial LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
4872522        +Citifinancial Servicing LLC,    6400 Las Colinas Blvd,    Irving, TX 75039-2900
4872524        +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4872526        +David Ross Orthodontics,    135 E Elm Avenue,    Hanover, PA 17331-1813
4872529        +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
4872531        +Hanover Orthopedics Assocs,    207 Blooming Grove Road,    Hanover, PA 17331-7917
4872532        +Holly K Liska Tax Collector,    207 3rd Street,    Hanover, PA 17331-2326
4872533        +Judith Goslin,    2 Rebecca Lane,    Hanover, PA 17331-9759
4900531         One Main Financial Of Pennsylvania, Inc., f/k/a Sp,    PO BOX 3251,    Evansville, IN 47731-3251
4872518         PA Department of Revenue,    Bureau of Individual Taxes,    Dept 280431,
                 Harrisburg, PA 17128-0431
4872537        +Phelan Hallinan Diamond & Jones, LL,    1617 John F. Kennedy Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
4922162         U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
4992731        +Wilmington Savings Fund Society,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
4993947        +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
4993948        +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806,    Wilmington Savings Fund Society, FSB,
                 Carrington Mortgage Services, LLC 92806-5948
4872540        +York County Tax Claim Bureau,    28 EAst Market Street, Room 105,    York, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 19:37:41
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
4908042         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 16 2018 19:27:09
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
4875447         E-mail/Text: bankruptcy@bbandt.com Aug 16 2018 19:25:03      BB&T,    PO Box 1847,
                 Wilson, NC 27894-1847
4872519         E-mail/Text: bankruptcy@bbandt.com Aug 16 2018 19:25:03      BB&T,    Recovery Dept,
                 PO Box 1489,    Lumberton, NC 28359
4872520        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 16 2018 19:25:50
                 Berks Credit & Collections,    Po Box 329,    Temple, PA 19560-0329
4916257         E-mail/Text: bankruptcy.bnc@ditech.com Aug 16 2018 19:25:04      CitiFinancial Servicing LLC,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
4872523         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 16 2018 19:25:08
                 Commenity Capital Bank/Dental 1st,    Bankruptcy Department,    PO Box 183043,
                 Columbus, OH 43218-3043
4872525        +E-mail/PDF: creditonebknotifications@resurgent.com Aug 16 2018 19:27:08     Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
4872527        +E-mail/Text: electronicbkydocs@nelnet.net Aug 16 2018 19:25:20      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
4872528        +E-mail/Text: bankruptcy.bnc@ditech.com Aug 16 2018 19:25:04      DiTech Financial, LLC,
                 ATTN: Bankrutpcy,    PO Box 6172,    Rapid City, SD 57709-6172
4872530        +E-mail/Text: julie.baugher@pinnaclehealth.org Aug 16 2018 19:24:58      Hanover Hospital,
                 300 Highland Avenue,    Hanover, PA 17331-2203
4872517         E-mail/Text: cio.bncmail@irs.gov Aug 16 2018 19:25:02      Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
4872534        +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 16 2018 19:25:00      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
4914137         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2018 19:26:45
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4894553         E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2018 19:26:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVI Loan GT Trust I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4882516         E-mail/PDF: cbp@onemainfinancial.com Aug 16 2018 19:27:00     ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
4872535        +E-mail/PDF: cbp@onemainfinancial.com Aug 16 2018 19:26:37     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
4872536        +E-mail/PDF: cbp@onemainfinancial.com Aug 16 2018 19:26:14     Onemain Financial/Citifinancial,
                 6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
4971137         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 19:37:47
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4971138         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 19:37:47
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4894293           E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2018 19:25:11
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA  98083-0788
4875018          +E-mail/Text: electronicbkydocs@nelnet.net Aug 16 2018 19:25:20
                   U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
4872539          +E-mail/Text: kcm@yatb.com Aug 16 2018 19:24:58      York Adams Tax Bureau,
                   Post Office Box 15627,    York, PA 17405-0156
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4872538           Quantum Imaging & Therapeutic,    Address Removed as per entry  15
4893436*          ONEMAIN FINANCIAL,    P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A pamb@fedphe.com
              Michele A De Witt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com,    mdewitt@ecf.inforoptcy.com
              Peter E Meltzer    on behalf of Creditor    One Main Financial of Pennsylvania, Inc.
               bankruptcy@wglaw.com,    state@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Brian Scott Gerlach and | : | |
|    Lauren RB Gerlach, | : | |
|       Debtors | : | CHAPTER 13 |
| | : | |
| Charles J DeHart, III | : | CASE NO: 1:17-bk-00086-RNO |
| Chapter 13 Trustee | : | |
|    Movant | : | |
|    vs. | : | |
| Brian Scott Gerlach and | : | |
| Lauren RB Gerlach, | : | |
|    Respondents | : | |

ORDER REINSTATING CASE

AND NOW, upon consideration of Debtors' Motion to Reconsideration of Order Dismissing Case, and all other matters of record, including a stipulation between Debtors and the Standing Chapter 13 Trustee, the Stipulation is approved and the case is REINSTATED.

Dated: August 16, 2018

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (DG)