```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                Case No. 17-00086-RNO
Brian Scott Gerlach                                                   Chapter 13
Lauren RB Gerlach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: CGambini            Page 1 of 1            Date Rcvd: Aug 16, 2018
                                Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
       +CRISWELL AUTO,   ATTN PAYROLL DEPT,   503 QUINCE ORCHARD ROAD,   GAITHERSBURG, MD 20878-1407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      Gary J Imblum    on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com,
       gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
      Gary J Imblum    on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com,
       gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
      James  Warmbrodt    on behalf of Creditor    CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
      Jerome B Blank    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A pamb@fedphe.com
      Michele A De Witt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com,   mdewitt@ecf.inforoptcy.com
      Peter E Meltzer    on behalf of Creditor    One Main Financial of Pennsylvania, Inc.
       bankruptcy@wglaw.com,   state@wglaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
BRIAN SCOTT GERLACH : CASE NO.: 1-17-00086-RNO
aka BRIAN S. GERLACH :
LAUREN RB GERLACH : CHAPTER 13
aka LAUREN REBECCA GERLACH :
fka LAUREN R. SLAUGH :
      Debtors :

**ORDER**

Upon consideration of the above-named Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

**IT IS THEREFORE ORDERED** that until further Order of this Court, the entity from whom the Debtor, **Brian Scott Gerlach**, receives income:

ATTN PAYROLL DEPARTMENT
CRISWELL AUTO
503 QUINCE ORCHARD ROAD
GAITHERSBURG, MD 20878

(Please reference above case number on all payments)

deduct from said Debtor's income the sum of $975.00 from each monthly paycheck beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor. Said sum is subject to periodic change as necessary. Said sum is to be sent to the Trustee until further notice of change from Debtor's counsel. Remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
POST OFFICE BOX 7005
LANCASTER PA 17604

**IT IS FURTHER ORDERED** that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefor.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED** that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

**IT IS FURTHER ORDERED** that this Order supersedes previous orders made to the subject entity in this case.

**IT IS FURTHER ORDERED** that this Order will terminate without further Order **Forty Two (42) months** from the date of this Order, if it is not terminated by an earlier Order from this Court or upon correspondence from Debtor's counsel or the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that the employer shall modify the Wage Attachment in the future pursuant to instructions from Debtor's counsel to do so without the necessity of further Court Order.

Dated: August 16, 2018      By the Court,

_Robert N. Opel, II_ (DG)
Robert N. Opel, II, Chief Bankruptcy Judge

Case 1:17-bk-00086-RNO    Doc 63    Filed 08/18/18    Entered 08/19/18 00:41:53    Desc
Imaged Certificate of Notice    Page 2 of 2