UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRIAN SCOTT GERLACH and<br>LAUREN RB GERLACH<br>　Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　Movant | : | |
| vs. | : | |
| BRIAN SCOTT GERLACH and<br>LAUREN RB GERLACH<br>　Respondent(s) | : | CASE NO. 1-17-bk-00086 |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

　　　AND NOW, this 3rd day of October, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

　　a. Plan ambiguous – Section 3A3 of debtors' plan refers to the Addendum for payment information but the Addendum does not provide for Section 3A3.

　　WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

　　a. Deny confirmation of debtor(s) plan.
　　b. Dismiss or convert debtor(s) case.
　　c. Provide such other relief as is equitable and just.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　Charles J. DeHart, III
　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　(717) 566-6097

　　　　　　　　　BY:　　　/s/James K. Jones
　　　　　　　　　　　　　　　　Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   3rd   day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                                         /s/Deborah A. Behney
                                         Office of Charles J. DeHart, III
                                         Standing Chapter 13 Trustee