```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-00086-HWV
Brian Scott Gerlach                                             Chapter 13
Lauren RB Gerlach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: Christoph           Page 1 of 1            Date Rcvd: Nov 19, 2019
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
4872540        +York County Tax Claim Bureau,    28 EAst Market Street, Room 105,    York, PA 17401-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor   CitiFinancial Servicing LLC bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A pamb@fedphe.com
              Michele A De Witt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Peter E Meltzer    on behalf of Creditor   One Main Financial of Pennsylvania, Inc.
               bankruptcy@wglaw.com, ibernatski@wglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BRIAN SCOTT GERLACH | : | CASE NO. 1:17-00086 HWV |
| f/k/a BRIAN S. GERLACH | : | CHAPTER 13 |
| LAUREN RB GERLACH | : | |
| a/k/a LAUREN REBECCA GERLACH | : | |
| f/k/a LAUREN R. SLAUGH | : | |
| Debtor(s) | : | |
| | : | |
| BRIAN SCOTT GERLACH | : | |
| f/k/a BRIAN S. GERLACH | : | |
| LAUREN RB GERLACH | : | |
| a/k/a LAUREN REBECCA GERLACH | : | |
| f/k/a LAUREN R. SLAUGH | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| YORK COUNTY TAX | : | |
| CLAIM BUREAU | : | |
| Claimant | : | |

## ORDER

In consideration of Debtors; Objection to Proof of Claim of the York County Tax Claim Bureau, claim number 3;

**IT IS HEREBY ORDERED AND DECREED**, that the above Claim is disallowed in its entirety.

Dated: November 19, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)