# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 9, 2020

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Brian & Lauren Gerlach
Chapter 13 Bankruptcy Case No. 1-17-00086

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

DITECH FINANCIAL LLC
PO BOX 10826
GREENVILLE SC 29603-0826

The Creditor's <u>previous</u> address was as follows:

DITECH FINANCIAL LLC
PO BOX 15009
TEMPE AZ 85284-0109

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm