UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

*FILED Harrisburg, PA JUN -3 2020 Clerk, US Bankruptcy Court* 17-86

IN RE: BRIAN S GERLACH

                                      )    Case No. 17-00086
                                      )    Chapter 13
                                      )
                                      )
                                      )
     Debtor(s)                    )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**                            ☒ Notice Address
(both may be selected, if applicable)           ☒ Payment Address

OLD ADDRESS:       ONEMAIN FINANCIAL
                                 (Name)
                                 PO BOX 70912
                                 (Street Address or P.O. Box)
                                 CHARLOTTE, NC  28272
                                 (City, State, Zip Code)

NEW ADDRESS:       ONEMAIN FINANCIAL
                                 (Name)
                                 PO BOX 3251
                                 (Street Address or P.O. Box)
                                 EVANSVILLE, IN 47731
                                 (City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

                                                   /S/ Angela A Bowers
                                                   **Signature of Creditor or Creditor's Attorney**
                                                   OneMain, f/k/a Springleaf Financial Services
                                                   PO BOX 3251
                                                   Evansville, IN 47731
                                                   800-266-9800
                                                   **Name/OBA#/Address/Telephone #/Email**