UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-00086-HWV

BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 12, 2021, the Debtor(s) is/are $10010.98 in arrears with a plan payment having last been made on Nov 08, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 12, 2021

Case 1:17-bk-00086-HWV    Doc 99    Filed 11/12/21    Entered 11/12/21 09:04:45    Desc
Main Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-17-00086-HWV

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

SERVED ELECTRONICALLY

BRIAN SCOTT GERLACH
LAUREN RB GERLACH
101 MCALLISTER STREET
HANOVER, PA 17331

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com