# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA GERLACH,
FKA LAUREN R. SLAUGH

CHAPTER 13

Debtor(s)

CASE NO: 1-17-00086-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

## WITHDRAWAL OF Certificate of Default

AND NOW, on January 5, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Certificate of Default filed on or about 11/12/2021 be withdrawn. The Certificate of Default was filed in error or was incorrect as filed.

Respectfully Submitted,

s/ Jack N. Zaharopoulos
Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 5, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA
GERLACH, FKA LAUREN R.
SLAUGH

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

BRIAN SCOTT GERLACH
AKA: BRIAN S GERLACH
LAUREN RB GERLACH
AKA: LAUREN REBECCA
GERLACH, FKA LAUREN R.
SLAUGH

    Respondent(s)

CHAPTER 13

CASE NO: 1-17-00086-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the below parties were served a copy of this Withdrawal by First Class Mail from Hummelstown, PA, unless served electronically, at the below address on January 5, 2022.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA 17111-

Respectfully Submitted,

s/ Liz Joyce
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 5, 2022