IN THE UITED STATES BANKRUPCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE:<br>BRIAN SCOTT GERLACH<br>AKA BRIAN S. GERLACH AND<br>LAUREN RB GERLACH<br>AKA LAUREN REBECCA GERLACH<br>FKA LAUREN R. SLAUGH<br><br>    DEBTORS<br><br>MCLP ASSET COMPANY, INC.<br><br>    CREDITOR<br><br>BRIAN SCOTT GERLACH AND LAUREN RB GERLACH, DEBTORS, AND JACK N ZAHAROPOULOS, TRUSTEE<br><br>    RESPONDENTS | CHAPTER 13<br><br>CASE NO. 1:17-bk-00086-HWV<br><br>JUDGE HENRY W. VAN ECK |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc., and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 13th day of July 2023

    Respectfully submitted,
    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 13th of July 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 1:17-bk-00086-HWV)

*DEBTORS*
BRIAN SCOTT GERLACH
LAUREN RB GERLACH
101 MCALLISTER STREET
HANOVER, PA 17331

*ATTORNEYS*
GARY J IMBLUM
IMBLUM LAW OFFICES, P.C.
4615 DERRY STREET
HARRISBURG, PA 17111
GARY.IMBLUM@IMBLUMLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV