United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-00086-HWV |
| Brian Scott Gerlach | Chapter 13 |
| Lauren RB Gerlach | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 18, 2023     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5315198 | + | Bonifera, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Bonifera, LLC Land Home Financial Services, Inc. 92704-7915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023         Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com |

James Warmbrodt
    on behalf of Creditor CitiFinancial Servicing LLC bkgroup@kmllawgroup.com

Jerome B Blank
    on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A pamb@fedphe.com

Joshua I Goldman
    on behalf of Creditor MCLP Asset Company Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;BKecf@padgettlawgroup.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC Lisa.Cancanon@vf-law.com Llombardi06@law.du.edu

Michael Patrick Farrington
    on behalf of Creditor Isanthes LLC mfarrington@kmllawgroup.com

Michele A De Witt
    on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee of Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com

Peter E Meltzer
    on behalf of Creditor One Main Financial of Pennsylvania Inc. bankruptcy@wglaw.com, ibernatski@wglaw.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 12

# United States Bankruptcy Court

Middle District of Pennsylvania  
Case No. 1:17-bk-00086-HWV  
Chapter 13

In re: Debtor(s) (including Name and Address)

Brian Scott Gerlach  
101 McAllister Street  
Hanover PA 17331

Lauren RB Gerlach  
101 McAllister Street  
Hanover PA 17331

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2023.

Name and Address of Alleged Transferor(s):

Claim No. 12: Bonifera, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Bonifera, LLC, Land Home Financial Services, Inc.

Name and Address of Transferee:

MCLP Asset Company, Inc.  
c/o Shellpoint Mortgage Servicing  
P.O. Box 10826  
Greenville, SC 29603-0675  
MCLP Asset Company, Inc.  
c/o Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/20/23

Terrence S. Miller  
**CLERK OF THE COURT**