| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1      Brian Scott Gerlach aka Brian S Gerlach | |
| Debtor 2      Lauren RB Gerlach aka Lauren Rebecca Gerlach fka Lauren R Slaugh | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case number :    1:17-bk-00086-HWV | |

Form 4100R

# Amended Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing     **Court claim no.** (if known):    **12**

**Last 4 digits** of any number you use to identify the debtor's account:   **6016**

**Property Address:**    101 McAllister Street
                             Hanover, PA 17331

## Part : 2 Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $0.00

## Part 3: Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) Is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:     (a) $ 42,998.43

    b. Total fees, charges, expenses, escrow, and costs outstanding:     +(b) $ -393.27 suspense

    c. **Total**. Add lines a and b.

    Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     2020-01-14     (c) $ 42,605.16

| Debtor 1 | Brian Scott Gerlach aka Brian S Gerlach | Case number (if known) | 1:17-bk-00086-HWV |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Joshua I Goldman
Signature

Date  05/15/2024

| Print: | Joshua I. Goldman | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 6267 Old Water Oak Road, Suite 203 |
|---|---|
| | Tallahassee FL, 32312 |
| Contact phone | (850) 422-2520    Email    plginquiries@padgettlawgroup.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE: BRIAN SCOTT GERLACH AKA BRIAN S GERLACH,
    LAUREN RB GERLACH AKA LAUREN REBECCA GERLACH FKA LAUREN R SLAUGH

        Debtor(s)
_____/

No: 1:17-bk-00086-HWV
CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 15th day of May, 2024.

/S/ Joshua I. Goldman

JOSHUA I. GOLDMAN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 1:17-bk-00086-HWV)

Debtor
Brian Scott Gerlach
101 McAllister Street
Hanover, PA 17331
aka Brian S Gerlach

Joint Debtor
Lauren RB Gerlach
101 McAllister Street
Hanover, PA 17331
aka Lauren Rebecca Gerlach
fka Lauren R Slaugh

Attorney
Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

## Debtor Info

| | |
|---|---|
| Debtor | Gerlach |
| Account # | |
| Case # | 17-00086 |
| Filing Date | 1/11/2017 |
| First Post Due Date | 1/14/2017 |
| Post Admin Claim? | No |
| Post Admin Start | |
| As of | 4/15/2024 |
| Loan Type | DPP |

## Payment Changes

| Payment Changes | Eff Date | P & I | Escrow | Other | Total |
|---|---|---|---|---|---|
| POC | 1/14/2017 | $815.00 | $ - | $ - | $815.00 |
| Change #1 | 12/14/2023 | $815.00 | $164.03 | $ - | $979.03 |
| Change #2 | 1/14/2024 | $815.00 | $113.60 | $ - | $928.60 |
| Change #3 | | $ - | $ - | $ - | $ - |
| Change #4 | | $ - | $ - | $ - | $ - |
| Change #5 | | $ - | $ - | $ - | $ - |
| Change #6 | | $ - | $ - | $ - | $ - |
| Change #7 | | $ - | $ - | $ - | $ - |
| Change #8 | | $ - | $ - | $ - | $ - |
| Change #9 | | $ - | $ - | $ - | $ - |
| Change #10 | | $ - | $ - | $ - | $ - |
| Change #11 | | $ - | $ - | $ - | $ - |
| Change #12 | | $ - | $ - | $ - | $ - |
| Change #13 | | $ - | $ - | $ - | $ - |
| Change #14 | | $ - | $ - | $ - | $ - |
| Change #15 | | $ - | $ - | $ - | $ - |

## Payment Schedule

| Month | P & I | Escrow | Total | Date Received | Post Funds Received | Difference | | | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Jan-17 | 815.00 | 0.00 | 815.00 | 03/04/2019 | 815.00 | 0.00 | | 0.00 | | |
| Feb-17 | 815.00 | 0.00 | 815.00 | 04/29/2019 | 815.00 | 0.00 | | 0.00 | | |
| Mar-17 | 815.00 | 0.00 | 815.00 | 08/15/2019 | 823.95 | -8.95 | | 0.00 | | |
| Apr-17 | 815.00 | 0.00 | 815.00 | 10/01/2019 | 1,349.94 | -534.94 | | 0.00 | | |
| May-17 | 815.00 | 0.00 | 815.00 | 11/18/2019 | 1,291.85 | -476.85 | | 0.00 | | |
| Jun-17 | 815.00 | 0.00 | 815.00 | 01/07/2020 | 944.59 | -129.59 | | 0.00 | | |
| Jul-17 | 815.00 | 0.00 | 815.00 | 02/27/2020 | 467.02 | 347.98 | | 0.00 | | |
| Aug-17 | 815.00 | 0.00 | 815.00 | 03/30/2020 | 186.81 | 628.19 | | 0.00 | | |
| Sep-17 | 815.00 | 0.00 | 815.00 | 05/12/2020 | 111.23 | 703.77 | | 0.00 | | |
| Oct-17 | 815.00 | 0.00 | 815.00 | 06/08/2020 | 180.21 | 634.79 | | 0.00 | | |
| Nov-17 | 815.00 | 0.00 | 815.00 | 06/08/2020 | 49.52 | 765.48 | | 0.00 | | |
| Dec-17 | 815.00 | 0.00 | 815.00 | 07/15/2020 | 106.73 | 708.27 | | 0.00 | | |
| Jan-18 | 815.00 | 0.00 | 815.00 | 08/18/2020 | 271.39 | 543.61 | | 0.00 | | |
| Feb-18 | 815.00 | 0.00 | 815.00 | 09/22/2020 | 247.77 | 567.23 | | 0.00 | | |
| Mar-18 | 815.00 | 0.00 | 815.00 | 10/20/2020 | 459.52 | 355.48 | | 0.00 | | |
| Apr-18 | 815.00 | 0.00 | 815.00 | 11/09/2020 | 464.61 | 350.39 | | 0.00 | | |
| May-18 | 815.00 | 0.00 | 815.00 | 12/15/2020 | 464.62 | 350.38 | | 0.00 | | |
| Jun-18 | 815.00 | 0.00 | 815.00 | 01/26/2021 | 703.80 | 111.20 | | 0.00 | | |
| Jul-18 | 815.00 | 0.00 | 815.00 | 02/23/2021 | 20.11 | 794.89 | | 0.00 | | |
| Aug-18 | 815.00 | 0.00 | 815.00 | 12/14/2021 | 536.69 | 278.31 | | 0.00 | | |
| Sep-18 | 815.00 | 0.00 | 815.00 | 12/22/2021 | 815.00 | 0.00 | | 0.00 | | |
| Oct-18 | 815.00 | 0.00 | 815.00 | 12/22/2021 | -815.00 | 1630.00 | | 0.00 | | |
| Nov-18 | 815.00 | 0.00 | 815.00 | 02/23/2022 | 299.64 | 515.36 | | 0.00 | | |
| Dec-18 | 815.00 | 0.00 | 815.00 | 02/23/2022 | 34.63 | 780.37 | | 0.00 | | |
| Jan-19 | 815.00 | 0.00 | 815.00 | 03/22/2022 | 181.48 | 633.52 | | 0.00 | | |
| Feb-19 | 815.00 | 0.00 | 815.00 | 04/19/2022 | 129.91 | 685.09 | | 0.00 | | |
| Mar-19 | 815.00 | 0.00 | 815.00 | 05/23/2022 | 129.91 | 685.09 | | 0.00 | | |
| Apr-19 | 815.00 | 0.00 | 815.00 | 05/23/2022 | 403.55 | 411.45 | | 0.00 | | |
| May-19 | 815.00 | 0.00 | 815.00 | 06/20/2022 | 129.90 | 685.10 | | 0.00 | | |
| Jun-19 | 815.00 | 0.00 | 815.00 | 06/20/2022 | 403.55 | 411.45 | | 0.00 | | |
| Jul-19 | 815.00 | 0.00 | 815.00 | 07/19/2022 | 129.92 | 685.08 | | 0.00 | | |
| Aug-19 | 815.00 | 0.00 | 815.00 | 08/23/2022 | 139.58 | 675.42 | | 0.00 | | |
| Sep-19 | 815.00 | 0.00 | 815.00 | 10/24/2022 | 17.44 | 797.56 | | 0.00 | | |
| Oct-19 | 815.00 | 0.00 | 815.00 | 08/15/2023 | 671.42 | 143.58 | | 0.00 | | |
| Nov-19 | 815.00 | 0.00 | 815.00 | 11/20/2023 | 196.35 | 618.65 | | 0.00 | | |
| Dec-19 | 815.00 | 0.00 | 815.00 | 12/27/2023 | 196.36 | 618.64 | | 0.00 | | |
| Jan-20 | 815.00 | 0.00 | 815.00 | 02/22/2024 | 59.27 | 755.73 | | 0.00 | 1/14/2020 | 815.00 |
| Feb-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 2/14/2020 | 815.00 |
| Mar-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 3/14/2020 | 815.00 |
| Apr-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 4/14/2020 | 815.00 |
| May-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 5/14/2020 | 815.00 |
| Jun-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 6/14/2020 | 815.00 |
| Jul-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 7/14/2020 | 815.00 |
| Aug-20 | 815.00 | 0.00 | 815.00 | Fee adjustment 04/16/2024 | 7,335.00 | -6520.00 | | 0.00 | 8/14/2020 | 815.00 |
| Sep-20 | 815.00 | 0.00 | 815.00 | Fee adjustment 04/16/2024 | 8,965.00 | -8150.00 | | 0.00 | 9/14/2020 | 815.00 |
| Oct-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 10/14/2020 | 815.00 |
| Nov-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 11/14/2020 | 815.00 |
| Dec-20 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 12/14/2020 | 815.00 |
| Jan-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 1/14/2021 | 815.00 |
| Feb-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 2/14/2021 | 815.00 |
| Mar-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 3/14/2021 | 815.00 |
| Apr-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 4/14/2021 | 815.00 |
| May-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 5/14/2021 | 815.00 |
| Jun-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 6/14/2021 | 815.00 |
| Jul-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 7/14/2021 | 815.00 |
| Aug-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 8/14/2021 | 815.00 |
| Sep-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 9/14/2021 | 815.00 |
| Oct-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 10/14/2021 | 815.00 |
| Nov-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 11/14/2021 | 815.00 |
| Dec-21 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 12/14/2021 | 815.00 |
| Jan-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 1/14/2022 | 815.00 |
| Feb-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 2/14/2022 | 815.00 |
| Mar-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 3/14/2022 | 815.00 |
| Apr-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 4/14/2022 | 815.00 |
| May-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 5/14/2022 | 815.00 |
| Jun-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 6/14/2022 | 815.00 |
| Jul-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 7/14/2022 | 815.00 |
| Aug-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 8/14/2022 | 815.00 |
| Sep-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 9/14/2022 | 815.00 |
| Oct-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 10/14/2022 | 815.00 |
| Nov-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 11/14/2022 | 815.00 |
| Dec-22 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 12/14/2022 | 815.00 |
| Jan-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 1/14/2023 | 815.00 |
| Feb-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 2/14/2023 | 815.00 |
| Mar-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 3/14/2023 | 815.00 |
| Apr-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 4/14/2023 | 815.00 |
| May-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 5/14/2023 | 815.00 |
| Jun-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 6/14/2023 | 815.00 |
| Jul-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 7/14/2023 | 815.00 |
| Aug-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 8/14/2023 | 815.00 |
| Sep-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 9/14/2023 | 815.00 |
| Oct-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 10/14/2023 | 815.00 |
| Nov-23 | 815.00 | 0.00 | 815.00 | | | 815.00 | | 0.00 | 11/14/2023 | 815.00 |
| Dec-23 | 815.00 | 164.03 | 979.03 | | | 979.03 | | 0.00 | 12/14/2023 | 979.03 |
| Jan-24 | 815.00 | 113.60 | 928.60 | | | 928.60 | | 0.00 | 1/14/2024 | 928.60 |
| Feb-24 | 815.00 | 113.60 | 928.60 | | | 928.60 | | 0.00 | 2/14/2024 | 928.60 |
| Mar-24 | 815.00 | 113.60 | 928.60 | | | 928.60 | | 0.00 | 3/14/2024 | 928.60 |
| Apr-24 | 815.00 | 113.60 | 928.60 | | | 928.60 | | 0.00 | 4/14/2024 | 928.60 |
| | 0.00 | 0.00 | 0.00 | | | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | | 0.00 | | 0.00 | | |
| **Totals** | $71,720.00 | $618.43 | $72,338.43 | Amount Paid | $29,733.27 | $42,605.16 | | $ - | 1/14/2020 | $42,998.43 |

| | |
|---|---|
| Post Petition Due Date | 1/14/2020 |
| Amount Due | $42,605.16 |
| Debtor Suspense | $393.27 |

## OUTSTANDING Costs and FEES

| Date | Amount | Description |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
