# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 9/30/2024 |
| Case: 1:17−bk−00086−HWV | Form ID: 3180W | Total: 71 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Denise E. Carlon | bkgroup@kmllawgroup.com |
| aty | Gary J Imblum | gary.imblum@imblumlaw.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | Jerome B Blank | pamb@fedphe.com |
| aty | Joshua I Goldman | josh.goldman@padgettlawgroup.com |
| aty | Lisa Cancanon | Lisa.Cancanon@vf−law.com |
| aty | Michele A De Witt | bkecfinbox@aldridgepite.com |
| aty | Peter E Meltzer | bankruptcy@wglaw.com |

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Brian Scott Gerlach | 101 McAllister Street | Hanover, PA 17331 | |
| jdb | Lauren RB Gerlach | 101 McAllister Street | Hanover, PA 17331 | |
| cr | PRA Receivables Management LLC | POB 41067 | Norfolk, VA 23541 | |
| cr | Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, CO 80129 | |
| cr | Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, CO 80129 | |
| cr | OneMain Financial | PO Box 3251 | Evansville, IN 47731 | |
| cr | MCLP Asset Company, Inc. | Padgett Law Group | 6267 Old Water Oak Road Suite 203 | Tallahasee, FL 38672 |
| cr | MCLP Asset Company, Inc. | Stern & Eisenberg, PC | 1581 Main Street, Suite 200 | Warrington, PA 18976 |
| cr | MCLP Asset Company, Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing | Padgett Law Group | 6267 Old Water Oak Road, Suite 2 | Tallahassee, FL 32312 |
| 4908042 | American InfoSource LP as agent for | Verizon | PO Box 248838 | Oklahoma City, OK 73124−8838 |
| 4875447 | BB&T | PO Box 1847 | Wilson, NC 27894−1847 | |
| 4872519 | BB&T Recovery Dept | PO Box 1489 | Lumberton, NC 28359 | |
| 4872520 | Berks Credit & Collections | Po Box 20508 | Indianapolis, IN 46220−0508 | |
| 5315197 | Bonifera, LLC Land Home Financial Services, Inc. | 3611 South Harbor Blvd, Suite 100 | Santa Ana, CA 92704 | |
| 5315198 | Bonifera, LLC Land Home Financial Services, Inc. | 3611 South Harbor Blvd, Suite 100 | Santa Ana, CA 92704 Bonifera, LLC | Land Home Financial Services, Inc. |
| 4905908 | Capital One, N.A. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 |
| 4916257 | CitiFinancial Servicing LLC | c/o Ditech Financial LLC | PO Box 6154 | Rapid City, SD 57709−6154 |
| 4872521 | Citifinancial Inc | c/o Alltran Financial LP | PO Box 722901 | Houston, TX 77272−2901 |
| 4872522 | Citifinancial Servicing LLC | 6400 Las Colinas Blvd | Irving, TX 75039 | |
| 4872523 | Commenity Capital Bank/Dental 1st | Bankruptcy Department | PO Box 183043 | Columbus, OH 43218−3043 |
| 4872524 | Commercial Acceptance | 2300 Gettysburg Rd | Camp Hill, PA 17011 | |
| 4872525 | Credit One Bank Na | Po Box 98873 | Las Vegas, NV 89193 | |
| 5310658 | DITECH FINANCIAL LLC | PO BOX 10826 | GREENVILLE SC 29603−0826 | |
| 4872528 | DITECH FINANCIAL LLC | PO BOX 10826 | GREENVILLE SC 29603−0826 | |
| 4872526 | David Ross Orthodontics | 135 E Elm Avenue | Hanover, PA 17331 | |
| 4872527 | Dept Of Ed/582/nelnet | Attn: Claims/Bankruptcy | Po Box 82505 | Lincoln, NE 68501 |
| 4872529 | Fed Loan Sevicing | Po Box 69184 | Harrisburg, PA 17106 | |
| 4872530 | Hanover Hospital | 300 Highland Avenue | Hanover, PA 17331 | |
| 4872531 | Hanover Orthopedics Assocs | 207 Blooming Grove Road | Hanover, PA 17331 | |
| 4872532 | Holly K Liska Tax Collector | 207 3rd Street | Hanover, PA 17331 | |
| 4872517 | Internal Revenue Service | POB 7346 | Philadelphia, PA 19101−7346 | |
| 4872533 | Judith Goslin | 2 Rebecca Lane | Hanover, PA 17331 | |
| 4872534 | Kohls/Capital One | Kohls Credit | Po Box 3043 | Milwaukee, WI 53201 |
| 4894553 | LVNV Funding, LLC its successors and assigns as | assignee of CVI Loan GT Trust I | Resurgent Capital Services PO Box 10587 | Greenville, SC 29603−0587 |
| 4914137 | LVNV Funding, LLC its successors and assigns as | assignee of FNBM, LLC | Resurgent Capital Services PO Box 10587 | Greenville, SC 29603−0587 |
| 5554139 | MCLP Asset Company, Inc. | c/o Padgett Law Group | 6267 Old Water Oak Road, Suite 203 | Tallahassee, FL 32312 |
| 5555138 | MCLP Asset Company, Inc. | c/o Shellpoint Mortgage Servicing | P.O. Box 10826 | Greenville, SC 29603−0675 |
| 5555139 | MCLP Asset Company, Inc. | c/o Shellpoint Mortgage Servicing | P.O. Box 10826 | Greenville, SC 29603−0675 MCLP Asset Company, Inc. c/o Shellpoint Mortgage Servicing |
| 4882516 | ONEMAIN FINANCIAL | P.O. BOX 3251 | EVANSVILLE, IN 47731−3251 | |
| 4893436 | ONEMAIN FINANCIAL | P.O. BOX 3251 | EVANSVILLE, IN 47731−3251 | |
| 4900531 | One Main Financial Of Pennsylvania, Inc., f/k/a Sp | PO BOX 3251 | Evansville, IN 47731−3251 | |

| | | | | |
|---|---|---|---|---|
| 4872535 | Onemain | Po Box 1010 | Evansville, IN 47706 | |
| 4872536 | Onemain Financial/Citifinancial | 6801 Colwell Blvd | Ntsb−2320 | Irving, TX 75039 |
| 4872518 | PA Department of Revenue | Bureau of Individual Taxes | Dept 280431 | Harrisburg, PA 17128−0431 |
| 4872537 | Phelan Hallinan Diamond & Jones, LL | 1617 John F. Kennedy Boulevard | Suite 1400 | Philadelphia, PA 19103 |
| 4971137 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk, VA 23541 | |
| 4971138 | Portfolio Recovery Associates, LLC | POB 41067 | Norfolk, VA 23541 | Portfolio Recovery Associates, LLC   POB 41067   Norfolk, VA 23541 |
| 4872538 | Quantum Imaging & Therapeutic | Address Removed as per entry 15 | | |
| 4894293 | Quantum3 Group LLC as agent for | Comenity Capital Bank | PO Box 788 | Kirkland, WA 98083−0788 |
| 5210376 | Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, Colorado 80129 | |
| 5274975 | Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, Colorado 80129 | |
| 5210377 | Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, Colorado 80129 | Specialized Loan Servicing LLC   8742 Lucent Blvd, Suite 300   Highlands Ranch, Colorado 80129 |
| 5274976 | Specialized Loan Servicing LLC | 8742 Lucent Blvd, Suite 300 | Highlands Ranch, Colorado 80129 | Specialized Loan Servicing LLC   8742 Lucent Blvd, Suite 300   Highlands Ranch, Colorado 80129 |
| 4922162 | U.S. Department of Education | C/O FedLoan Servicing | P.O. Box 69184 | Harrisburg, PA 17106−9184 |
| 4875018 | U.S. Department of Education C/O Nelnet | 121 S 13TH ST, SUITE 201 | LINCOLN, NE 68508 | |
| 5521677 | US Dept. of Education | 120 N. Seven Oaks Dr. | Knoxville, TN 37922 | |
| 4992731 | Wilmington Savings Fund Society | c/o Aldridge Pite, LLP | 4375 Jutland Drive, Suite 200 | P.O. Box 17933   San Diego, CA 92177 0933 |
| 4993947 | Wilmington Savings Fund Society, FSB | Carrington Mortgage Services, LLC | 1600 South Douglass Road | Anaheim, CA 92806 |
| 4993948 | Wilmington Savings Fund Society, FSB | Carrington Mortgage Services, LLC | 1600 South Douglass Road   Anaheim, CA 92806 | Wilmington Savings Fund Society, FSB   Carrington Mortgage Services, LLC |
| 4872539 | York Adams Tax Bureau | Post Office Box 15627 | York, PA 17405 | |
| 4872540 | York County Tax Claim Bureau | 28 EAst Market Street, Room 105 | York, PA 17401 | |

TOTAL: 61