United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-00086-HWV
Brian Scott Gerlach  Chapter 13
Lauren RB Gerlach
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Sep 30, 2024 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Scott Gerlach, Lauren RB Gerlach, 101 McAllister Street, Hanover, PA 17331-3212 |
| cr | + | MCLP Asset Company, Inc., Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5315197 | + | Bonifera, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 5315198 | + | Bonifera, LLC, Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704, Bonifera, LLC Land Home Financial Services, Inc. 92704-7915 |
| 4916257 | | CitiFinancial Servicing LLC, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 4872522 | + | Citifinancial Servicing LLC, 6400 Las Colinas Blvd, Irving, TX 75039-2900 |
| 4872523 | | Commenity Capital Bank/Dental 1st, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 4872526 | + | David Ross Orthodontics, 135 E Elm Avenue, Hanover, PA 17331-1813 |
| 4872529 | + | Fed Loan Sevicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 4872531 | + | Hanover Orthopedics Assocs, 207 Blooming Grove Road, Hanover, PA 17331-7917 |
| 4872532 | + | Holly K Liska Tax Collector, 207 3rd Street, Hanover, PA 17331-2326 |
| 4872533 | + | Judith Goslin, 2 Rebecca Lane, Hanover, PA 17331-9759 |
| 4900531 | | One Main Financial Of Pennsylvania, Inc., f/k/a Sp, PO BOX 3251, Evansville, IN 47731-3251 |
| 4872518 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4872537 | + | Phelan Hallinan Diamond & Jones, LL, 1617 John F. Kennedy Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 4872540 | + | York County Tax Claim Bureau, 28 EAst Market Street, Room 105, York, PA 17401-1587 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bkecf@padgettlawgroup.com | Sep 30 2024 18:41:00 | MCLP Asset Company, Inc., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 38672 |
| cr | | Email/Text: bkecf@padgettlawgroup.com | Sep 30 2024 18:41:00 | MCLP Asset Company, Inc. as serviced by NewRez LLC, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312 |
| cr | + | EDI: PRA.COM | Sep 30 2024 22:41:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 30 2024 18:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 4908042 | | EDI: AIS.COM | Sep 30 2024 22:41:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4875447 | | Email/Text: bankruptcy@bbandt.com | Sep 30 2024 18:41:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| 4872519 | | Email/Text: bankruptcy@bbandt.com | Sep 30 2024 18:41:00 | BB&T, Recovery Dept, PO Box 1489, Lumberton, NC 28359 |
| 4872520 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 30 2024 18:41:00 | Berks Credit & Collections, Po Box 20508, Indianapolis, IN 46220-0508 |
| 4993947 | | Email/Text: BKBCNMAIL@carringtonms.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 4993948 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 30 2024 18:41:00 | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| | | | Sep 30 2024 18:41:00 | Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC |
| 4905908 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2024 18:46:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4872521 | | EDI: URSI.COM | Sep 30 2024 22:40:00 | Citifinancial Inc, c/o Alltran Financial LP, PO Box 722901, Houston, TX 77272-2901 |
| 4872524 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 30 2024 18:41:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4872525 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2024 18:46:57 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 4872528 | | Email/Text: mtgbk@shellpointmtg.com | Sep 30 2024 18:41:00 | DITECH FINANCIAL LLC, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 4872527 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 30 2024 18:41:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 4872530 | + | Email/Text: lyonsbe2@upmc.edu | Sep 30 2024 18:41:00 | Hanover Hospital, 300 Highland Avenue, Hanover, PA 17331-2203 |
| 4872517 | | EDI: IRS.COM | Sep 30 2024 22:40:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4872534 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2024 18:41:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 4914137 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2024 18:46:57 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4894553 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2024 18:46:58 | LVNV Funding, LLC its successors and assigns as, assignee of CVI Loan GT Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5555139 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 30 2024 18:41:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing 29603-0826 |
| 5555138 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 30 2024 18:41:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 4882516 | | EDI: AGFINANCE.COM | Sep 30 2024 22:40:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4872535 | + | EDI: AGFINANCE.COM | Sep 30 2024 22:40:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 4872536 | + | EDI: AGFINANCE.COM | Sep 30 2024 22:40:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 5554139 | | Email/Text: bkecf@padgettlawgroup.com | Sep 30 2024 18:41:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 4971137 | | EDI: PRA.COM | Sep 30 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4971138 | | EDI: PRA.COM | Sep 30 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4894293 | | EDI: Q3G.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 30 2024 22:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5210376 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 30 2024 18:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5210377 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 30 2024 18:41:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 4922162 | ^ | MEBN | Sep 30 2024 18:38:09 | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4875018 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 30 2024 18:41:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 5521677 | + | Email/Text: EBN@edfinancial.com | Sep 30 2024 18:41:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 4992731 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 30 2024 18:41:00 | Wilmington Savings Fund Society, c/o Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 4872539 | + | Email/Text: kcm@yatb.com | Sep 30 2024 18:41:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4872538 | | Quantum Imaging & Therapeutic, Address Removed as per entry 15 |
| cr | *+ | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| cr | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5310658 | * | DITECH FINANCIAL LLC, PO BOX 10826, GREENVILLE SC 29603-0826 |
| 4893436 | * | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5274975 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 5274976 | *+ | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2024 at the address(es) listed

below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Isanthes LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 2 Lauren RB Gerlach gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 1 Brian Scott Gerlach gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor CitiFinancial Servicing LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A pamb@fedphe.com |
| Joshua I Goldman | on behalf of Creditor MCLP Asset Company  Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I Goldman | on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC Lisa.Cancanon@vf-law.com  Llombardi06@law.du.edu |
| Michele A De Witt | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com |
| Peter E Meltzer | on behalf of Creditor One Main Financial of Pennsylvania  Inc. bankruptcy@wglaw.com, ibernatski@wglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Brian Scott Gerlach<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0140<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Lauren RB Gerlach<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9819<br>EIN   __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:17-bk-00086-HWV | | |

# Order of Discharge
12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian Scott Gerlach
aka Brian S Gerlach

Lauren RB Gerlach
aka Lauren Rebecca Gerlach, fka Lauren R Slaugh

**By the court:**  *(signature)*

9/30/24

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2